Argued October 29, affirmed October 29, 1971

LOUIS EDWARD MINCE, *Appellant, v.* CUPP
(No. 71148), *Respondent.*
489 P2d 982

*Ken C. Hadley,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John W. Osburn,* Solicitor General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jim G. Russell, Assistant Attorney General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.